MONIR HOSSEINIYAR, Respondent, v ALI ALIMEHRI, Appellant.

Submitted June 16, 2008; decided September 2, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

MICHAEL ISRAEL et al., Respondents, v SURINDER S. CHABRA, Appellant, et al., Defendant.

Decided September 2, 2008

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

MARIO MIGUEL JARAMILLO, Appellant, v WEYERHAEUSER COMPANY et al., Respondents, et al., Defendant.

Decided September 2, 2008

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAIAS UMALI, Appellant.

Submitted June 16, 2008; decided September 2, 2008

Motion for reargument denied [see 10 NY3d 417 (2008)].